JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Alexander Romaniolis

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-13-089-TLN |
| Plaintiff, | |
| | STIPULATION REGARDING |
| | EXCLUDABLE TIME PERIODS |
| v. | UNDER SPEEDY TRIAL ACT; |
| | FINDINGS AND ORDER |
| ALEXANDER ROMANIOLIS, | |
| | Date: December 12, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Jean M. Hobler, Assistant United States Attorney, together with counsel for defendant Alexander Romaniolis, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on October 24, 2013.

2. By this stipulation, defendants now move to continue status conference until December 12, 2013, at 9:30 a.m., and to exclude time between October 24, 2013 and December 12, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for Alexander Romaniolis was appointed to represent the defendant on May 9, 2013 and previously appointed council was relieved.

1

b. This case currently contains (approximately) 2500 pages of discovery as well as approximately 600 recorded phone calls. Additionally, the Government has four bankers boxes of documents related to the transactions at their office. The defense has reviewed some of these documents. However, additional review is necessary and ongoing.

c. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

d. Defendant is currently housed at the Sacramento County Jail. Counsel needs additional time to meet with defendant to review the discovery and discuss the case.

e. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The Government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) and (B)(iv) within which trial must commence, the time period of October 24, 2013 to December 12, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking

such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 21, 2013                 /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Alexander Romaniolis

Dated: October 21, 2013                 Benjamin B. Wagner
                                                United States Attorney

                                 by:    /s/ Jean M. Hobler
                                                JEAN M. HOBLER
                                                Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of October, 2013.

_____
Troy L. Nunley
United States District Judge

3